**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-02023-LTB

REYNALDO VILLASANA,

       Plaintiff,

v.

TIBURON FINANCIAL, LLC, a Nebraska limited liability company,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 3 - filed October 22, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                               BY THE COURT:

                                 s/Lewis T. Babcock
                               Lewis T. Babcock, Judge

DATED: October 23, 2007